**SEAPAK, a division of W. R. Grace Corp., Plaintiff-Appellant,**

v.

**INDUSTRIAL, TECHNICAL AND PROFESSIONAL EMPLOYEES, a division of National Maritime Union, AFL-CIO, Defendant-Appellee.**

No. 28414.

United States Court of Appeals, Fifth Circuit.

April 9, 1970.

Rehearing Denied April 29, 1970.

John Bacheller, Jr., John B. Shepard, Atlanta, Ga., John Gayner, III, Bennet, Gilbert, Gilbert & Whittle, Brunswick, Ga., and Fisher & Phillips, Atlanta, Ga., for appellant.

Stanley B. Gruber, Abraham E. Freedman, New York City, Q. Robert Henry, Brunswick, Ga., for appellee.

Before SIMPSON, MORGAN and INGRAHAM, Circuit Judges.

PER CURIAM:

Seapak filed suit below against Industrial Technical and Professional Employees, a division of the National Maritime Union, seeking a declaratory judgment that it was not in violation of its collective bargaining agreement with the union. A breach of contract action pursuant to Title 29, U.S.C. § 185(a), filed by the union on the same date in the Southern District of New York, was transferred to the Southern District of Georgia under Title 28, U.S.C. § 1404(a).

Upon cross-motions for summary judgment, the district court denied Seapak's motion and granted summary judgment in favor of the union. This appeal followed.

The opinion-order of Chief Judge Lawrence, Seapak, a Division of W. R. Grace Corporation v. Industrial, Technical and Professional Employees, Division of National Maritime Union, AFL–CIO, 300 F.Supp. 1197 (1969), sets forth the background of the controversy and ably and adequately explicates the reasons for his decision. We adopt his opinion.

Affirmed.